UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALLIANCE PAYMENT TECHNOLOGIES, INC.,

    Plaintiff,

v.                                      CASE NO: 8:09-cv-211-T-26TGW

BAY CITIES BANK,

    Defendant.
_____/

## **O R D E R**

      Upon due consideration, it is ordered and adjudged that Plaintiff's Motion for Reconsideration of Order Denying TRO (Dkt. 7) is denied. The Alternative Motion for Order Setting Expedited Evidentiary Hearing on Motion for Preliminary Injunction (Dkt. 7) is granted. The Court will conduct an expedited evidentiary hearing on Plaintiff's request for a preliminary injunction on Friday, February 13, 2009, at 2:30 p.m., in Courtroom 15B, United States Courthouse, 801 North Florida Avenue, Tampa, Florida. Plaintiff shall immediately effect personal service of this order, as well as all of the filings in this case, on Defendant. Additionally, if Plaintiff's counsel has been in communication with counsel for Defendant, he shall immediately deliver to Defendant's counsel a copy of this order, as well as all of the filings in this case.

      The entry of this order should not be construed as a departure from the reasoning of the Court in denying Plaintiff's motion for a temporary restraining order. The Court will, however,

entertain additional argument at the hearing with regard to its authority to issue injunctive relief under the circumstances presented by this case.

**DONE AND ORDERED** at Tampa, Florida, on February 11, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record